No. 577. STANDARD PIPE LINE COMPANY, INCORPORATED, *v.* MILLER COUNTY HIGHWAY & BRIDGE DISTRICT. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Wm. H. Arnold* and *David C. Arnold* for petitioner. *Mr. Henry Moore, Jr.,* for respondent.

---

No. 554. ELIZABETH C. TAFT *v.* FRANK K. BOWERS, COLLECTOR; and

No. 575. GILBERT C. GREENWAY, JR., *v.* FRANK K. BOWERS, COLLECTOR. November 21, 1927. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. The Chief Justice took no part in the consideration or decision of the petitions for writs of certiorari in these cases.

*Mr. Henry W. Taft* for petitioner in No. 554. *Mr. Roger S. Baldwin* for petitioner in No. 575. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Sewall Key* for respondent.

---

No. 337. THE WILLIAMSPORT WIRE ROPE COMPANY *v.* UNITED STATES. November 28, 1927. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. Clarence A. Miller* and *James Walton* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

---

No. 597. MORIMURA, ARAI & CO. *v.* NATHAN TABACK AND LOUIS TABACK, INDIVIDUALLY AND AS COPARTNERS. December 5, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. James D. Carpenter, Jr.,* for petitioners. *Messrs. David H. Bilder* and *Nathan Bilder* for respondents.